UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KADIR GONZALEZ

**PLAINTIFF(S)**

v.

ROYAL 1 RESTORATION, LLC, et al.,

**DEFENDANT(S)**

_____/

CASE NUMBER
0:19−cv−62968−MGC

# DEFENDANT, ROYAL 1 RESTORATION, LLC RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION

Defendant, ROYAL 1 RESTORATION, LLC, by and through the undersigned counsel and pursuant to Federal Rules of Civil Procedure 34, hereby files its responses and objections to Plaintiff, KADIR GONZALEZ's first request for production, as set forth below.

## **GENERAL OBJECTIONS**

Plaintiff objects to each request: (1) insofar as it calls for production of documents not in Plaintiff's possession, custody, or control; (2) insofar as it calls for the production of documents that were prepare for or in anticipation of litigation, constitute attorney work, work product, contain attorney-client communications, or are otherwise privileged; (3)insofar as it call for the production of documents which are publicly available or otherwise equally available and/or uniquely available or equally available from third parties; (4) insofar as it calls for the production of document that do not specifically refer to the events which are the subject matter of this litigation; and (5) insofar as it calls for the production of documents which are neither relevant ro the subject matter of this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

The inadvertent production or disclosure of any privileged documents or information shall not constitute or be deemed to be a waiver of any applicable privilege with respect to such document or information (or the contents or subject matter thereof) or with respect to any other document or discovery now or hereafter requested or provided. Plaintiff reserves the right not to produce documents that are in part protected by privilege, except on a redacted basis, and to require the return of any document (and all copies thereof) inadvertently produced. Plaintiff likewise does not waive the right to object, on any and all grounds, to (1) the evidentiary use of documents produced in response to these requests; and (2) discovery requests relating to those documents.

Plaintiff submits these responses and objections without conceding the relevancy or materiality of the subject matter of any request or of any document, or that any responsive material exist.

Plaintiff's responses and objections are not intended to be, and shall not be construed as, agreement with Plaintiff's characterization of any facts, circumstances, or legal obligations. Plaintiff also objects to the request to the extent they may contain any express or implied assumptions if fact or law concerning matters at issue in this litigation.

The responses and objections contained herein are made on the basis of information now know to Plaintiff and are made without waiving any further objections to or admitting the relevancy or materiality of any of the information requested. Plaintiff's investigation, discovery and preparation for proceedings are continuing and all answers are given without prejudice to Plaintiff's right to introduce or object to the discovery of any documents, facts or information discovered after the date hereof.

Plaintiff will provide its responses based on terms as they are commonly understood, and consistent with the Federal Rules of Civil Procedure. Plaintiff objects to and will refrain from extending or modifying any words employed in the requests to comport with expanded definitions or instructions.

## **RESPONSES**

1.  All documents or records relied upon as a basis for responding to Plaintiff's First Set of Interrogatories to Defendant.

   **RESPONSE: All documents currently in Plaintiff's possession, custody and/or control have been provided under separate cover. If none are provided pursuant to this request, then Plaintiff is not currently in possession,**

**custody and or control of requested documentation. Discovery is ongoing, Plaintiff reserves the right to supplement this response upon receipt of additional information.**

2. All documents evidencing the reporting of the earnings of Plaintiff to all third parties, which shall include, but shall not be limited to, insurance carriers, worker's compensation carriers, insurance gents and/or representatives, federal, state and local taxing authorities and the Florida Unemployment Compensation Fund.

> **RESPONSE: All documents currently in Plaintiff's possession, custody and/or control have been provided under separate cover. If none are provided pursuant to this request, then Plaintiff is not currently in possession, custody and or control of requested documentation. Discovery is ongoing, Plaintiff reserves the right to supplement this response upon receipt of additional information.**

3. All Federal Income Tax Returns, including exhibits and supporting documents and statements, for Defendant for the taxable years 2016, 2017, 2018, 2019, and 2020.

> **RESPONSE: All documents currently in Plaintiff's possession, custody and/or control have been provided under separate cover. If none are provided pursuant to this request, then Plaintiff is not currently in possession, custody and or control of requested documentation. Discovery is ongoing, Plaintiff reserves the right to supplement this response upon receipt of additional information.**

4. For the calendar years 2016, 2017, 2018, 2019, and 2020, all documents which reflect the amount of gross receipts the Defendant has received in cash, check, and credit or debit card each year.

> **RESPONSE: All documents currently in Plaintiff's possession, custody and/or control have been provided under separate cover. If none are provided pursuant to this request, then Plaintiff is not currently in possession, custody and or control of requested documentation. Discovery is ongoing, Plaintiff reserves the right to supplement this response upon receipt of additional information.**

5. For the calendar years 2016, 2017, 2018, 2019, and 2020, all documents which reflect the amount numbers and banks and other financial institutions at which the Defendant has maintained an account during 2016, 2017, 2018, 2019, and 2020.

>**RESPONSE: All documents currently in Plaintiff's possession, custody and/or control have been provided under separate cover. If none are provided pursuant to this request, then Plaintiff is not currently in possession, custody and or control of requested documentation. Discovery is ongoing, Plaintiff reserves the right to supplement this response upon receipt of additional information.**

6. All documents evidencing the reporting of the compensation paid by Defendant to Plaintiff to all third parties, which shall include, but shall not be limited to, insurance carriers, worker's compensation carriers, insurance agents and/or representatives, federal, state and local taxing authorities and the Florida Unemployment Compensation Fund.

>**RESPONSE: All documents currently in Plaintiff's possession, custody and/or control have been provided under separate cover. If none are provided pursuant to this request, then Plaintiff is not currently in possession, custody and or control of requested documentation. Discovery is ongoing, Plaintiff reserves the right to supplement this response upon receipt of additional information.**

7. For the three year (3) period preceding the filing of this lawsuit, to the extent any part of the remuneration and/or compensation paid to Plaintiff was not reflected in checks issued to Plaintiff, produce all documents evidencing the amount, the date and nature and purpose of all such payments.

>**RESPONSE: All documents currently in Plaintiff's possession, custody and/or control have been provided under separate cover. If none are provided pursuant to this request, then Plaintiff is not currently in possession, custody and or control of requested documentation. Discovery is ongoing, Plaintiff reserves the right to supplement this response upon receipt of additional information.**

8. For each taxable year 2016, 2017, 2019, and 2020, all document evidencing, related to, or concerning the gross receipts Defendant received by check. Your response to this request should include, but not be limited to, financial statements (whether audited or not), all loan applications and all sales and other receipts for the years at issue.

> **RESPONSE: All documents currently in Plaintiff's possession, custody and/or control have been provided under separate cover. If none are provided pursuant to this request, then Plaintiff is not currently in possession, custody and or control of requested documentation. Discovery is ongoing, Plaintiff reserves the right to supplement this response upon receipt of additional information.**

9. For each taxable year 2016, 2017, 2018, 2019, and 2020, all documents evidencing, related to, or concerning the gross receipts Defendant received by charge or credit card payment. Your response to this request should include, but not be limited to, financial statement (whether audited or not), all loan applications and all sales and other receipts for the years at issue.

> **RESPONSE: All documents currently in Plaintiff's possession, custody and/or control have been provided under separate cover. If none are provided pursuant to this request, then Plaintiff is not currently in possession, custody and or control of requested documentation. Discovery is ongoing, Plaintiff reserves the right to supplement this response upon receipt of additional information.**

10. All contracts or documents reflecting the terms between Defendant and any leasing companies or other providers of tools or equipment used by Defendant which were in effect at all during the years 2016, 2017, 2018, 2019, and 2020.

> **RESPONSE: All documents currently in Plaintiff's possession, custody and/or control have been provided under separate cover. If none are provided pursuant to this request, then Plaintiff is not currently in possession, custody and or control of requested documentation. Discovery is ongoing, Plaintiff reserves the right to supplement this response upon receipt of additional information.**

11. All statements and other documents received from all banks and other financial institutions where Defendant maintained accounts between January 1, 2016 and the present.

> **RESPONSE: All documents currently in Plaintiff's possession, custody and/or control have been provided under separate cover. If none are provided pursuant to this request, then Plaintiff is not currently in possession, custody and or control of requested documentation. Discovery is ongoing, Plaintiff reserves the right to supplement this response upon receipt of additional information.**

12. Any and all documents evidencing, related to, or concerning Defendant's gross receipts, or gross volume of sales, for the years 2016, 2017, 2018, 2019, and 2020.

>**RESPONSE: All documents currently in Plaintiff's possession, custody and/or control have been provided under separate cover. If none are provided pursuant to this request, then Plaintiff is not currently in possession, custody and or control of requested documentation. Discovery is ongoing, Plaintiff reserves the right to supplement this response upon receipt of additional information.**

13. Any and all documents evidencing or reflecting to, or concerning Defendant's monthly expenses for each month beginning January 1, 2016 and continuing through the present.

>**RESPONSE: All documents currently in Plaintiff's possession, custody and/or control have been provided under separate cover. If none are provided pursuant to this request, then Plaintiff is not currently in possession, custody and or control of requested documentation. Discovery is ongoing, Plaintiff reserves the right to supplement this response upon receipt of additional information.**

14. Copies of any and all rent, lease, or mortgage agreements for any and all retail or other store locations, offices, warehouses, and workshops Defendant has used at any time between January 1, 2016 and the present.

>RESPONSE:

>**RESPONSE: All documents currently in Plaintiff's possession, custody and/or control have been provided under separate cover. If none are provided pursuant to this request, then Plaintiff is not currently in possession, custody and or control of requested documentation. Discovery is ongoing, Plaintiff reserves the right to supplement this response upon receipt of additional information.**

15. Any documents reflecting or relating to any goods, materials, supplies, equipment, or tangible items that were produced, manufactured, or grown outside the State of Florida and that were used in Defendant's business between January 1, 2016 and the present.

>**RESPONSE: All documents currently in Plaintiff's possession, custody and/or control have been provided under separate cover. If none are provided pursuant to this request, then Plaintiff is not currently in possession, custody and or control of requested documentation. Discovery is ongoing, Plaintiff reserves the right to supplement this response upon receipt of additional information.**

16. All documents identifying the names(s) of any ad all vendors and suppliers of Defendant at any time between January 1, 2016 and the present.

> **RESPONSE: All documents currently in Plaintiff's possession, custody and/or control have been provided under separate cover. If none are provided pursuant to this request, then Plaintiff is not currently in possession, custody and or control of requested documentation. Discovery is ongoing, Plaintiff reserves the right to supplement this response upon receipt of additional information.**

17. All documents, records, receipts, invoices, and/or electronic data that reflect any and all supplies, goods, materials, equipment, or any tangible items delivered to or for Defendant between January 1, 2016 and the present.

> **RESPONSE: All documents currently in Plaintiff's possession, custody and/or control have been provided under separate cover. If none are provided pursuant to this request, then Plaintiff is not currently in possession, custody and or control of requested documentation. Discovery is ongoing, Plaintiff reserves the right to supplement this response upon receipt of additional information.**

18. All documents, records, receipts, invoices, and/or electronic data that reflect any and all supplies, goods, materials, equipment, or any tangible items delivered to or for Defendant between January 1, 2016 and the present.

> **RESPONSE: All documents currently in Plaintiff's possession, custody and/or control have been provided under separate cover. If none are provided pursuant to this request, then Plaintiff is not currently in possession, custody and or control of requested documentation. Discovery is ongoing, Plaintiff reserves the right to supplement this response upon receipt of additional information.**

19. All bills of lading and/or electronic or other shipping records form the manufacturers, suppliers, or producers or any supplies, goods, materials, equipment, or any tangible items that were ordered or for or used by Defendant between January 1, 2016 and the present.

> **RESPONSE: All documents currently in Plaintiff's possession, custody and/or control have been provided under separate cover. If none are provided pursuant to this request, then Plaintiff is not currently in possession,**

**custody and or control  of requested documentation. Discovery is ongoing, Plaintiff reserves the right to supplement this response upon receipt of additional information.**

20. All documents and/or electronic data that reflect the State(s) (or if outside the United States, the country) in which any supplies, goods, materials, equipment, or any tangible items ordered by or for Defendant were manufactured, produced, or grown for anu and all orders placed by or delivered to or for Defendant between January 1, 2016 and the present.

**RESPONSE: All documents currently in Plaintiff's possession, custody and/or control have been provided under separate cover. If none are provided pursuant to this request, then Plaintiff is not currently in possession, custody and or control  of requested documentation. Discovery is ongoing, Plaintiff reserves the right to supplement this response upon receipt of additional information.**

21. All documents reflecting the street, city, state, and zip code address of any and all retail facilities or work locations owned or operated by the Defendant after January 1, 2016 and the dates during which each location has been in operation.

**RESPONSE: All documents currently in Plaintiff's possession, custody and/or control have been provided under separate cover. If none are provided pursuant to this request, then Plaintiff is not currently in possession, custody and or control  of requested documentation. Discovery is ongoing, Plaintiff reserves the right to supplement this response upon receipt of additional information.**

22. All documents, regardless of by whom p[prepared, which evidenced the number of hours worked by Plaintiff.

**RESPONSE: All documents currently in Plaintiff's possession, custody and/or control have been provided under separate cover. If none are provided pursuant to this request, then Plaintiff is not currently in possession, custody and or control  of requested documentation. Discovery is ongoing, Plaintiff reserves the right to supplement this response upon receipt of additional information.**

Respectfully Submitted,

Steven C. Kletzkin, Esq.
Steven C. Kletzkin, PLLC

Primary Email: sck@sckpllc.com
Secondary email: diana@sckpllc.com
Pleadings email: admin@sckpllc.com
4400 N Federal Highway, Suite 210
Boca Raton, Fl 33431
Phone : (561) 962-5942
Fax: (561) 207-7790

*/S/ Steven C. Kletzkin*
Steven C. Kletzkin, Esq.
Fla Bar No. 0079001

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of November 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of electronic Filing,

*/s/ Steven C. Kletzkin*
Steven C. Kletzkin, Esq.

## **SERVICE LIST**

Case 3:19-cv-62968-MGC

**Via ECF:**
James A. Peterson, Esq.
jamesa@FloridaWageLaw.com